IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. **02-20440-D** |
| | * | |
| YERVIN KEITH BARNETT, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO CONTINUE RE-SENTENCING HEARING

**IT IS HEREBY ORDERED** that the Government's Motion to Continue Re-Sentencing Hearing is hereby **GRANTED**, and is now reset for _June 7, 2005 at 1:30 pm_, with time excluded under the Speedy Trial Act.

**IT IS SO ORDERED** this the _15_ day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: 4/15/05
Approved: _____
David Pritchard

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _4-19-05_

102

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:02-CR-20440 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT