**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

FILED 05 APR 18 PM 4: 3

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF RE-SETTING
### Before Judge Bernice B. Donald, United States District Judge

April 18, 2005

RE:   2:02cr20440-D
      *USA v. YERVIN KEITH BARNETT (c)*

Dear Sir/Madam:

A **RE-SENTENCING HEARING** has been **RESET** before **Judge Bernice B. Donald** from MONDAY, MAY 2, 2005 at 1:30 P.M. to **TUESDAY, JUNE 7, 2005** at **1:30 P.M. in Courtroom 3, 9th floor of the Federal Building, Memphis, Tennessee.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: /s/ Terry L. Haley
Terry L. Haley
Case Manager for Judge Bernice B. Donald
901-495-1276



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in case 2:02-CR-20440 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT