IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -3 AM 11: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. 02-20440-D |
| | * | |
| YERVIN BARNETT, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

IT IS HEREBY ORDERED that the Government's Motion to Continue Sentencing Hearing is hereby GRANTED, and is now reset for Thursday, July 7, 2005 at 1:00 PM, with time excluded under the Speedy Trial Act.

IT IS SO ORDERED this the 2nd day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: 6-2-05
Approved: _____
David Pritchard

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/4/05

106

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 106 in case 2:02-CR-20440 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

John Thomas Tibbetts
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT